UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTATE OF JUDY ANN LORENTZEN, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>THE HEIGHTS OF SUMMERLIN, LLC, et al.,<br><br>Defendant(s). | Case No. 2:22-CV-189 JCM (BNW)<br><br>ORDER |

Presently before the court is the parties' joint motion to withdraw the notice of removal and remand this matter to state court based on the Ninth Circuit Court of Appeals recent decision in *Saldana v. Glenhaven Healthcare LLC,* 2022 WL 518989 (9th Cir. Feb. 22, 2022). (ECF No. 20). The court concurs.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' joint motion to withdraw notice of removal and remand to state court (ECF No. 20), be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that all pending motions are hereby DENIED as moot.

The clerk of court is directed to REMAND this case back to the Eighth Judicial District Court for Clark County, Nevada; Case Number A-21-845304-C, and CLOSE THIS CASE.

DATED March 23, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**